IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RAUL MALDONADO DE LOS REYES<br>　Plaintiffs | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 7:17-cv-00219<br>JURY DEMANDED |
| SUSSEX INSURANCE COMPANY AND DARIELLE THOMPSON<br>　Defendants | §<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

　　Plaintiff Raul Maldonado De Los Reyes and Defendants Sussex Insurance Company and Darielle Thompson file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　1. Plaintiff is Raul Maldonado De Los Reyes, Defendants are Sussex Insurance Company and Darielle Thompson.

　2. On January 12, 2017, Plaintiff sued Defendants in the 389th Judicial District, Hidalgo County, Texas, Cause No. C-0190-17-H. On May 26, 2017, Sussex Insurance Company filed its Original Answer. On May 26, 2017, Darielle Thompson filed his Original Answer. On June 6, 2017, Sussex Insurance Company filed its Notice of Removal.

　3. On or about August 23, 2017, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiff now moves to dismiss the suit against Defendants.

　4. Defendants agree to the dismissal.

　5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

　6. A receiver has not been appointed in this case.

　7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

　8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

　9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/ Mikell A. West
Mikell A. West
Attorney-in-charge
State Bar No. 24070832
Southern Dist. No. 1563058
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001
mwest@gnqlawyers.com

**ATTORNEYS FOR DEFENDANTS, SUSSEX INSURANCE COMPANY AND DARIELLE THOMPSON**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Thomas F Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

John R. Lamont
State Bar No. 24099876
Southern Dist. No. 3028487
jlamont@gnqlawyers.com

        By:    */s/Larry W. Lawrence, Jr.\**
        Larry W. Lawrence, Jr.
        State Bar No. 00794145
        Michael Lawrence
        State Bar No. 24055826
        3112 Windsor Rd., Suite A234
        Austin, Texas 78703
        Telephone:  (956) 994-0057
        Telecopier:  (800) 507-4152
        Lawrencefirm@gmail.com
        Ms. Lory Sopchak
        State Bar No. 24076706
        Cartwright Law Firm, LLP
        1300 Post Oak Blvd, Suite 760
        Houston, Texas 77056
        Telephone:  (713) 840-0950
        Telecopier:  (713) 840-0046
        Lory@dcartwrightlaw.net
        **COUNSEL FOR PLAINTIFF,**
        **RAUL MALDONADO DE LOS REYES**
        *\*Signed with permission*

## CERTIFICATE OF SERVICE

I certify that on October 9, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Raul Maldonado De Los Reyes, via electronic filing or regular mail:

Larry Lawrence
Michael Lawrence
Lawrence Law Firm
Email: Lawrencefirm@gmail.com
Mr. Dan Cartwright
Ms. Lory Sopchak
Cartwright Law Firm, LLP
Email: Lory@dcartwrightlaw.net
**VIA E-FILING**

          /s/Mikell A. West
          Mikell A. West